IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LATARSHA WHITE, | |
| Plaintiff, | |
| v. | CV 120-028 |
| NATIONWIDE RECOVERY SERVICE, INC., | |
| Defendant. | |

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 7.) Plaintiff and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 1st day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA